

FILED

2011 MAY 25 PM 2:45

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER 1:10CR221 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE SARA LIOI |
| | ) | |
| KEVIN DYE | ) | |
| | ) | |
| Defendant. | ) | **STIPULATION** |

The United States of America and the defendant, Kevin Dye, hereby stipulate and agree to the following:

    1.) Government Exhibit 10 and Defense Exhibit H consist of Verizon cellular telephone call and text message records for cellular telephone number (567) 241-3281 between December 11, 2009, and December 17, 2009. The defendant, Kevin Dye, and the United States stipulate to the admission of Government Exhibit 10 and Defense Exhibit H in evidence.

2.) Government Exhibit 11 consists of Verizon cellular telephone call and text message records for cellular telephone number (419) 689-2188 between December 11, 2009, and December 17, 2009. The defendant, Kevin Dye, and the United States stipulate to the admission of Government Exhibit 11 in evidence.

3.) Defense Exhibit G consists of Alltel cellular telephone call records for cellular telephone number (330) 844-0312 between December 11, 2009, and December 17, 2009. The defendant, Kevin Dye, and the United States stipulate to the admission of Defense Exhibit G in evidence.

APPROVED:

_____
MATTHEW W. SHEPHERD
Assistant United States Attorney

_____
NATHAN RAY
Counsel for Defendant

_____
KEVIN DYE
Defendant

*Not primary user to phone number*