AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN DYE | ) | Case No. 1:10CR221 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Laurie Butler
474 Orlo Lane
Boardman, Ohio 44512

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: | 17 - Judge Lioi |
|---|---|---|---|
| | | Date and Time: | 05/25/2011 1:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: **MAY 25 2011**

GERI M. SMITH, CLERK

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Kevin Dye** , who requests this subpoena, are:

Nathan A. Ray
137 South Main Street
Suite 201
Akron, Ohio 44308
burdon-merlitti@neo.rr.com
330-253-7171

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:10CR221

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Laurie Butler
was received by me on *(date)* May 16, 2011.

☑ I served the subpoena by delivering a copy to the named person as follows: in person

on *(date)* May 16, 2011 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 16, 2011

_____
*Server's signature*

Matthew A. Kray
*Printed name and title*

137 S. Main St., Suite 201, Akron, OH
*Server's address*

Additional information regarding attempted service, etc: