Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NUMBER:  1:10CR221 |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| KEVIN DYE | ) | |
| | ) | |
| Defendant(s) | ) | |

# EXHIBIT AND WITNESS LIST

Plaintiff(s) Counsel:
US Attorney Steven Dettelbach; AUSA Matthew Shepherd

Defendant(s) Counsel:
Attorney Nathan Ray; Attorney Javier Armengau

TRIAL DATES:
5/20/2011; 5/23/2011; 5/24/2011; 5/25/2011; 5/26/2011; 5/27/2011

| PLTF. NO. | DEFT. NO. | DATE OFFERED | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| Witness | | 05/23/2011 | | | | Witness: Marc Caldwell |
| 13A | | 05/23/2011 | | X | | Photo of front of Belcher's House of Rock |
| 1 | | 05/23/2011 | | X | | Sketch of inside of Belcher's House of Rock |
| 20A | | 05/23/2011 | | X | | Can with fire debris from Belcher's |
| 20B | | 05/23/2011 | | X | | Can with oily substance from Belcher's |
| 20C | | 05/23/2011 | | X | | Can with oily liquid from Belcher's |
| 20D | | 05/23/2011 | | X | | Can with oily liquid from Belcher's |
| 13E | | 05/23/2011 | | X | | Photo of inside of Belcher's from stage |
| 13F | | 05/23/2011 | | X | | Photo of inside of Belcher's towards stage |
| 13G | | 05/23/2011 | | X | | Photo of inside of Belcher's along  bar |
| 13H | | 05/23/2011 | | X | | Photo of concrete block on floor |
| 13I | | 05/23/2011 | | X | | Photo of glass on floor by pool table & window |
| 13J | | 05/23/2011 | | X | | Photo of glass on floor by window & bar stool |
| 13K | | 05/23/2011 | | X | | Photo of scorched floor and table |
| 13L | | 05/23/2011 | | X | | Photo of burned up chair |
| 13M | | 05/23/2011 | | X | | Photo of oily residue on floor |
| 13N | | 05/23/2011 | | X | | Photo of patio looking towards gazebo |
| 13O | | 05/23/2011 | | X | | Photo of patio looking from patio |
| 13P | | 05/23/2011 | | X | | Photo of footprint on air conditioning unit |
| 13Q | | 05/23/2011 | | X | | Photo of picnic table with footprint |
| 13R | | 05/23/2011 | | X | | Photo of footprint on picnic table |
| 13S | | 05/23/2011 | | X | | Photo of footprint on picnic table bench |
| 15A | | 05/23/2011 | | X | | Photo of sidewalk along broken windows towards street |
| 15B | | 05/23/2011 | | X | | Photo of sidewalk along broken windows looking away from street |
| 15C | | 05/23/2011 | | X | | Photo of three broken windows |
| 15D | | 05/23/2011 | | X | | Close-up of broken window |
| 2 | | 05/23/2011 | | X | | Diagram of Mansfield Municipal Court |
| 2A | | 05/23/2011 | | X | | Blow up of Diagram of Mansfield Muni Court |
| 15E | | 05/23/2011 | | X | | Photo of inside of bailiff's office |
| 15F | | 05/23/2011 | | X | | Photo of inside of bailiff's office looking towards window |
| 15G | | 05/23/2011 | | X | | Photo of inside of bailiff's office from doorway |
| 15J | | 05/23/2011 | | X | | Photo of damage to carpet |
| 15K | | 05/23/2011 | | X | | Photo of Tigger towel on floor stuffed in red cap |
| 15L | | 05/23/2011 | | X | | Photo of melted plastic jug and carpet |
| 15M | | 05/23/2011 | | X | | Photo of damage to filing cabinet and carpet |
| 16A | | 05/23/2011 | | X | | Photo of house |
| 16B | | 05/23/2011 | | X | | Photo of red truck in driveway |
| 16G | | 05/23/2011 | | X | | Photo of silver Camaro in garage |
| 17A | | 05/23/2011 | | X | | Photo of black Nissan Altima |
| 16J | | 05/23/2011 | X | X | | Photo of stove and countertops |
| 16K | | 05/23/2011 | X | X | | Photo of police scanner |
| 16L | | 05/23/2011 | X | X | | Photo of Duct Tape |
| 16N | | 05/23/2011 | X | X | | Photo of gas can in entryway |
| | | | | | | PAGE 2 OF 6 PAGES |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| 16O | | 05/23/2011 | X | X | | Photo of contents of trash can |
| 16Q | | 05/23/2011 | X | X | | Photo of dresser |
| 16R | | 05/23/2011 | X | X | | Photo of mens clothing in drawere |
| 16S | | 05/23/2011 | X | X | | Photo of two toothbrushes together |
| 16T | | 05/23/2011 | X | X | | Photo of Nike shoes on floor |
| 16U | | 05/23/2011 | X | X | | Photo of close-up of Nike shoes |
| 16W | | 05/23/2011 | X | X | | Photo of plastic cap with hole |
| 16V | | 05/23/2011 | X | X | | Photo of night stand |
| 16Z | | 05/23/2011 | X | X | | Photo of Tigger towel |
| 16AA | | 05/23/2011 | X | X | | Photo of laundry room |
| 16BB | | 05/23/2011 | X | X | | Photo of clothing in laundry room |
| 16I | | 05/23/2011 | | X | | Photo of sledgehammer in garage |
| 28 | | 05/23/2011 | X | X | | Red gas can |
| 27 | | 05/23/2011 | X | X | | Police scanner |
| 26 | | 05/23/2011 | X | X | | Roll of duct tape |
| 29 | | 05/23/2011 | X | X | | Empty milk jug |
| 16M | | 05/23/2011 | X | X | | Photo of contents of refrigerator |
| Witness | | 05/23/2011 | | | | Witness: Thomas Belcher |
| 13B | | 05/23/2011 | | X | | Photo of front and side of Belcher's |
| 19 | | 05/23/2011 | | X | | DVD with surveillance video from Belcher's |
| 1A | | 05/23/2011 | | X | | Blow up of sketch of inside of Belcher's |
| 13C | | 05/23/2011 | | X | | Photo of back of Belcher's |
| Witness | | 05/23/2011 | | | | Witness: Paul Abbott |
| Witness | | 05/23/2011 | | | | Witness: Leann Wigton |
| Witness | | 05/23/2011 | | | | Witness: Daniel Smith |
| 4 | | 05/23/2011 | X | | X | Municipal Court Docket 2009CRB04292 |
| 5 | | 05/23/2011 | X | | X | Municipal Court Docket 2009TRD10488 |
| 6 | | 05/23/2011 | X | | X | Municipal Court Docket 2009CRB03446 |
| 7 | | 05/23/2011 | X | | X | Municipal Court Docket 2009CRB03223 |
| 8 | | 05/23/2011 | X | | X | Municipal Court Docket 2009TRD05941 |
| 9 | | 05/23/2011 | X | | X | Municipal Court Docket 2009CRB04206 |
| 30 | | 05/23/2011 | X | X | | Schedule Printout for Judge Payton |
| Witness | | 05/23/2011 | | | | Witness: Kurt Schneider |
| 13D | | 05/23/2011 | | X | | Photo of back and side of Belcher's |
| 21A | | 05/23/2011 | | X | | Destructive Device |
| 21B | | 05/23/2011 | | X | | Destructive Device |
| 21C | | 05/23/2011 | | X | | Destructive Device |
| 21D | | 05/23/2011 | | X | | Destructive Device |
| 21E | | 05/23/2011 | | X | | Duct tape piece from destructive device |
| 21F | | 05/23/2011 | | X | | Duct tape piece from destructive device |
| 22 | | 05/23/2011 | | X | | Tigger towel stuffed through plastic cap |
| 24A | | 05/23/2011 | | X | | Carpet sample from Room 2209 |
| 24B | | 05/23/2011 | | X | | Carpet sample from Room 2209 |
| 24C | | 05/23/2011 | | X | | Carpet sample from Room 2209 |
| | | | | | | PAGE 3 OF 6 PAGES |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| 24D | | 05/23/2011 | | X | | Carpet sample from Room 2209 |
| 24E | | 05/23/2011 | | X | | Fabric cut from Tigger towel |
| 24F | | 05/23/2011 | | X | | Liquid sample from Room 2209 |
| 24G | | 05/23/2011 | | X | | Liquid sample from Room 2209 |
| 24H | | 05/23/2011 | | X | | Liquid sample from Room 2209 |
| 24I | | 05/23/2011 | X | X | | Liquid sample from 363 Fairlawn Ave. |
| 24J | | 05/23/2011 | X | X | | Liquid sample from 363 Fairlawn Ave. |
| 24K | | 05/23/2011 | X | X | | Liquid sample from 363 Fairlawn Ave. |
| 24L | | 05/23/2011 | | X | | Laboratory extracts |
| 25A | | 05/23/2011 | X | X | | Brown and orange face mask |
| 25B | | 05/23/2011 | X | X | | Black sweatshirt |
| 25C | | 05/23/2011 | X | X | | Black sweatshirt |
| 25D | | 05/23/2011 | X | X | | Blue shirt |
| 25E | | 05/23/2011 | X | X | | Blue pullover shirt |
| 25F | | 05/23/2011 | X | X | | Black pants |
| 25G | | 05/23/2011 | X | X | | White long underwear |
| 25H | | 05/23/2011 | X | X | | Black Nike sweatshirt |
| 25I | | 05/23/2011 | X | X | | Black hat |
| 25J | | 05/23/2011 | X | X | | Blue denim pants |
| 25K | | 05/23/2011 | X | X | | Pair of gloves |
| 25L | | 05/23/2011 | X | X | | Black ski mask |
| 25M | | 05/23/2011 | X | X | | Pair of socks |
| 25N | | 05/23/2011 | X | X | | Pink/Blue towel |
| 25O | | 05/23/2011 | X | X | | Bath towel |
| 25P | | 05/23/2011 | X | X | | Black sock |
| 15H | | 05/23/2011 | | X | | Photo of destructive devices on floor |
| 15I | | 05/23/2011 | | X | | Photo of destructive device with yellow lid |
| 34A | | 05/23/2011 | X | X | | Left Nike tennis shoe |
| 34B | | 05/23/2011 | X | X | | Right Nike tennis shoe |
| 17A | | 05/23/2011 | | X | | Photo of Black Nissan Altima |
| 17B | | 05/23/2011 | | X | | Photo of business card of bailiff |
| 17C | | 05/23/2011 | X | X | | Photo of latex gloves in glove box |
| 17D | | 05/23/2011 | | X | | Photo of truck |
| 17E | | 05/23/2011 | | X | | Photo of front passenger compartment |
| 17F | | 05/23/2011 | | X | | Photo of rear passenger compartment |
| 17G | | 05/23/2011 | | X | | Photo of floormats on table |
| 41 | | 05/23/2011 | X | X | | Latex gloves |
| 43 | | 05/23/2011 | | X | | Floor mat from Nissan Altima |
| 44 | | 05/23/2011 | | X | | Floor mat from Nissan Altima |
| 45 | | 05/23/2011 | | X | | Floor mat from Nissan Altima |
| 46 | | 05/23/2011 | | X | | Floor mat from Nissan Altima |
| 47 | | 05/23/2011 | | X | | Red gas can found in trunk of Nissan Altima |
| 48 | | 05/23/2011 | | X | | Carpet from trunk of Nissan Altima |
| | | | | | | PAGE 4 OF 6 PAGES |

| PLTF. NO. | DEFT. NO | DATE OFFERED | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| Witness | | 05/24/2011 | | | | Witness: Joseph Petrycki |
| 37 | | 05/24/2011 | | X | | Sledgehammer |
| 16P | | 05/24/2011 | X | X | | Photo of sketch in trash can |
| 3 | | 05/24/2011 | X | X | | Hand drawn sketch of courtroom |
| 3A | | 05/24/2011 | X | | X | Copy of hand drawn sketch of courtroom |
| 16X | | 05/24/2011 | X | X | | Photo of piece cut out of plastic cap |
| 31 | | 05/24/2011 | X | X | | Brown plastic cap with hole |
| 32 | | 05/24/2011 | X | X | | Piece cut out of brown plastic cap |
| 35 | | 05/24/2011 | X | X | | Tigger towel found at 363 Fairlawn Ave |
| 38 | | 05/24/2011 | | X | | Purple cell phone |
| 39 | | 05/24/2011 | | X | | Set of keys |
| 40 | | 05/24/2011 | X | X | | Lock from 363 Fairlawn Ave |
| 18A | | 05/24/2011 | | X | | Photo of keys found on Kevin Dye |
| 18B | | 05/24/2011 | | X | | Photo of keys showing one fits into lock |
| 3B | | 05/24/2011 | X | X | | Blow up of hand drawn sketch of courtroom |
| Witness | | 05/24/2011 | | | | Witness: Jeffrey Skropits |
| Witness | | 05/24/2011 | | | | Witness: Jeffrey Payton |
| 42 | | 05/24/2011 | | X | | Business Card of bailiff |
| Witness | | 05/24/2011 | | | | Witness: Dino Sgambellone |
| Witness | | 05/24/2011 | | | | Witness: Michael Eggleston |
| Witness | | 05/24/2011 | | | | Witness: Brian Metzger |
| Witness | | 05/24/2011 | | | | Witness: Christina Knipp |
| Witness | | 05/25/2011 | | | | Witness: J. B. Bond |
| 12 | | 05/25/2011 | X | X w/redaction | | Downloaded contents of Dye's cell phone |
| Witness | | 05/25/2011 | | | | Witness: Julie Brown |
| 14A | | 05/25/2011 | | X | | Photo of house on Delph Avenue |
| 14B | | 05/25/2011 | | X | | Photo of burn barrel behind Delph Avenue |
| Witness | | 05/25/2011 | | | | Witness: Stephanie Wade |
| Witness | | 05/25/2011 | | | | Witness: Chad Brubaker |
| 16Y | | 05/25/2011 | X | X | | Photo of court docket on table |
| Witness | | 05/25/2011 | | | | Witness: Anthony Tambasco |
| 23A | | 05/25/2011 | | X | | Glass standards from Mansfield City Hall |
| 23B | | 05/25/2011 | | X | | Glass from outside Teffner's office |
| 23C | | 05/25/2011 | | X | | Glass from outside Ault's office |
| 23D | | 05/25/2011 | | X | | Glass from outside Bolle's office |
| 23E | | 05/25/2011 | | X | | Glass from outside room 2209 |
| Witness | | 05/25/2011 | | | | Witness: Carter MacFarland |
| Witness | | 05/25/2011 | | | | Witness: Cindy Reed |
| 16C | | 05/25/2011 | | X | | Photo of yellow funnel in yard |
| 16D | | 05/25/2011 | | X | | Photo of paperwork in red truck |
| 16E | | 05/25/2011 | | X | | Photo of Julie Brown identification bracelet |
| 16F | | 05/25/2011 | | X | | Photo: red truck in driveway/silver Camaro in garage |
| 16H | | 05/25/2011 | | X | | Photo of paperwork in silver Camaro |
| | | | | | | PAGE 5 OF 6 PAGES |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| 36 | | 05/25/2011 | | X | | Medical bill found in Camaro |
| 33 | | 05/25/2011 | X | X | | Mens clothes from bedroom |
| Witness | | 05/25/2011 | | | | Witness: Ray Ladrick |
| 20E | | 05/25/2011 | | X | | Laboratory extracts from Belcher's |
| 20E - 1 | | 05/25/2011 | | X | | Laboratory extracts - Muni Court analysis |
| Witness | | 05/25/2011 | | | | Witness: David Green |
| 23F | | 05/25/2011 | | X | | Glass collected at Lake County Crime Lab |
| 23G | | 05/25/2011 | | X | | Glass collected at Lake County Crime Lab |
| 23H | | 05/25/2011 | | X | | Slides with glass fragments |
| 23I | | 05/25/2011 | | X | | Slides with glass fragments |
| 23J | | 05/25/2011 | | X | | Slides with glass fragments |
| 23K | | 05/25/2011 | | X | | Slides with glass fragments |
| | U1 | 05/25/2011 | | X | | Inventory sheets |
| | U2 | 05/25/2011 | | X | | Inventory sheets |
| 10 | | 05/25/2011 | | Stip | | Verizon Cell records for 567-241-3281 |
| 11 | | 05/25/2011 | | Stip | | Verizon Cell records for 419-689-2188 |
| | G | 05/25/2011 | | Stip | | Alltel Cell records for 330-844-0312 |
| | H | 05/25/2011 | | Stip | | Verizon Cell records for 567-241-3281 |
| | Witness | 05/26/2011 | | | | Witness: Jeff Gillis |
| | Witness | 05/26/2011 | | | | Witness: Scott Stephens |
| 67 | | 05/26/2011 | | | | Video of interview of Scott Stephens 1/5/2010 |
| 63 | | 05/26/2011 | | | | Audio phone call R Lester, S Stephens, J Buzzard, K Dye |
| | Witness | 05/26/2011 | | | | Witness: Danny Lester |
| | Witness | 05/26/2011 | | | | Witness: Robin Lester |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | PAGE 6 OF 6 PAGES |